UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRITZNEL GOUVERNEUR,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), et al.,

Respondents.

No. 1:26-cv-07168-DAD-SCR

ORDER GRANTING IN PART PETITION FOR WRIT OF *HABEAS CORPUS* AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAING ORDER AS MOOT

(Doc. Nos. 1, 3)

On September 8, 2026, petitioner, by and through counsel, filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) On the same day, petitioner filed a motion for temporary restraining order. (Doc. No. 3.)

Later the same day, the court set a briefing schedule as to petitioner's motion for temporary restraining order and directed respondents to address whether any provision of law or fact in this case would distinguish it from the circumstances addressed in several cited prior cases that this court has decided. (Doc. No. 6.) In that same order, the court directed that in the event respondents opposed the court ruling on the underlying petition based on the current briefing

/////

before it, respondents were to so indicate in the opposition and provide substantive reasons in support of that position. (*Id.*)

On September 9, 2026, respondents filed an opposition to the motion for temporary restraining order. (Doc. No. 8.) Therein, respondents state that petitioner was previously paroled into the United States, and acknowledge this is thus in the category of cases in which the court has typically ordered the petitioner's immediate release. (*Id.* at 1.) Respondents do not oppose the court deciding this case on the merits, and the court will do so.

In light of respondents' concession that petitioner was previously paroled, the court incorporates and adopts the reasoning set forth in its prior order *Rocha Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC, 2025 WL 3533606 (E.D. Cal. Dec. 9, 2025). Accordingly, the court will grant petitioner's petition for writ of habeas corpus.

For the reasons explained above,

1. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:
   a. Respondents are ORDERED to immediately release petitioner Fritznel Gouverneur, A-File No. 231-536-245, from respondents' custody on the same conditions he was subject to prior to his recent re-detention;
   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-deprivation bond hearing before an immigration judge at which hearing the government shall bear the burden of justifying petitioner's detention by clear and convincing evidence;
2. Petitioner's motion for temporary restraining order (Doc. No. 3) is hereby DENIED as having been rendered moot by this order granting him *habeas* relief;
3. Petitioner's motion for attorney's fees and costs is denied without prejudice to the filing of a fully briefed and supported motion;
4. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Center; and

5. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 12, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE